CATHERINE CORTEZ MASTO
Attorney General
LINDA C. ANDERSON
Chief Deputy Attorney General
Nevada Bar No. 4090
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
P: (702) 486-3077
F: (702) 486-3871
Email: landerson@ag.nv.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FLAVY COY BROWN, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWSON-NEAL PSYCHIATRIC HOSPITAL; LEON RAVIN, M.D., associate medical director in his individual and official capacities; ANURAG GUPTA, M.D., psychiatrist at RAWSON-NEAL PSYCHIATRIC HOSPITAL, in his individual and official capacities; SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES (SNAMHS), a mental health treatment operation licensed by the State of Nevada; CHELSEA SZKLANY, hospital administrator for SNAMHS, in her official capacity; NEVADA BUREAU OF HEALTH CARE QUALITY AND COMPLIANCE (BHCQC), the licensing authority; DEFENDANT KYLE DEVIN, Bureau Chief for BHCQC, in his official capacity; NEVADA DIVISION OF HEALTH, DIVISION OF MENTAL HEALTH & DEVELOPMENTAL SERVICES (MHDS); RICHARD WHITLEY, administrator for MHDS, in his official capacity, NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, a department of the State of Nevada, and its Director, MIKE WILDEN, in his official capacity; LINDA J. WHITE, Statewide Psychiatric Medical Director, in her individual and official capacities; CENTERS OF MEDICARE AND MEDICAID SERVICES; JONATHAN BLUM, director of CMMS, in his official | Case No.: 2:13-cv-01039-JCM-PAL<br><br>**STATE DEFENDANTS'**<br>**CERTIFICATE OF INTERESTED**<br>**PARTIES** |

capacity; JOHN DOE 1, in his capacity of social worker; and DOES 2 TO 50,

                Defendants.

      COMES NOW, Defendants RAWSON-NEAL PSYCHIATIRC HOSPITAL, LEON RAVIN, M.D., ANURAG GUPTA, M.D., SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, CHELSEA SZKLANY, NEVADA BUREAU OF HEALTH QUALITY AND COMPLIANCE, KYLE DEVINE, NEVADA DIVISION OF MENTAL HEALTH & DEVELOPMENTAL SERVICES, RICHARD WHITLEY, DEPARTMENT OF HEALTH AND HUMAN SERVICES, and MIKE WILLDEN (hereinafter "the State Defendants") in their personal and official capacities as specified in the caption through their counsel, CATHERINE CORTEZ MASTO, Attorney General through LINDA C. ANDERSON, Chief Deputy Attorney General and certifies that there are no known interested parties other than those participating in the case pursuant to L.R. 7.1-1.

      Dated this 17th day of July, 2013.

CATHERINE CORTEZ MASTO
Attorney General

By: /s/ *Linda C. Anderson*
Linda C. Anderson, Chief Deputy Attorney General

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Office of the Attorney General and that on the 17th day of July, 2013, I served a copy of the foregoing to the United States District Court—District of Nevada who will notify the following parties:

Allen Lichtenstein, Esq.
Staci J. Pratt, Esq.
American Civil Liberties Union of Nevada
601 S. Rancho Drive, Suite B-11
Las Vegas, NV 89106
Alichensteinlaw@aol.com
pratt@aclunv.org

Mark E. Merin, Esq.
1010 F. Street, Suite 300
Sacramento, California 95814
mark@markmerin.com

/s/ Linda Aouste
Employee of the Office of Attorney General