Mark E. Merin (California Bar No. 043849)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:       mark@markmerin.com

Allen Lichtenstein (Nevada Bar No. 3992)
E-mail: allenaclunv@lvcoxmail.com
Staci J. Pratt (Nevada Bar No. 12630)
E-mail: pratt@aclunv.org
American Civil Liberties Union of Nevada
601 S. Rancho Drive, Suite B-11
Las Vegas, Nevada 89106
Telephone (702) 366-1536

Attorneys for Plaintiffs

CATHERINE CORTEZ MASTO
Attorney General
LINDA C. ANDERSON
Chief Deputy Attorney General
Nevada Bar No. 4090
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
P: (702) 486-3077
F: (702) 486-3871
Email: landerson@ag.nv.gov

Attorneys for State Defendants

ROBERT L. McKENNA III, ESQ.
(Nevada Bar No. 8853)
KEVIN R. LAZAR, ESQ.
(Nevada Bar No. 9610)
CARROLL, KELLY, TROTTER, FRANZEN
& McKENNA
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074
E-mail: rlmckenna@cktfmlaw.com
E-mail: krlazar@cktfmlaw.com
Telephone No. (702) 792-5855
Facsimile No. (702) 796-5855

Attorneys for Defendant
LINDA J. WHITE, M.D.

1

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

*Brown, et al. vs. Rawson-Neal Psychiatric Hospital, et al.*; United States District Court, District of Nevada, Case No. 2:13-cv-01039-JCM-PAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FLAVY COY BROWN, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RAWSON-NEAL PSYCHIATRIC HOSPITAL; LEON RAVIN, M.D., associate medical director, in his individual and official capacities; ANURAG GUPTA, M.D., psychiatrist at RAWSON-NEAL PSYCHIATRIC HOSPITAL, in his individual and official capacities; SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES (SNAMHS), a mental health treatment operation licensed by the State of Nevada; CHELSEA SZKLANY, hospital administrator for SNAMHS, in her official capacity; NEVADA BUREAU OF HEALTH CARE QUALITY AND COMPLIANCE (BHCQC), the licensing authority; DEFENDANT JOHN DOE 1, Bureau Chief for BHCQC, in his official capacity; NEVADA DIVISION OF HEALTH, DIVISION OF MENTAL HEALTH & DEVELOPMENTAL SERVICES (MHDS); RICHARD WHITLEY, administrator for MHDS, in his official capacity; NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, a department of the State of Nevada, and its Director, Mike Willden, in his official capacity; LINDA J. WHITE, Statewide Psychiatric Medical Director, in her individual and official capacities; CENTERS OF MEDICARE AND MEDICAID SERVICES; JOHN DOE 2, director of CMMS, in his official capacity; JOHN DOE 3, in his capacity of social worker; and Does 4 to 50.<br><br>Defendants. | Case No. 2:13-cv-01039-JCM-PAL<br><br>**[PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

Pursuant to Local Rule 26-1(d), the parties submit the following Stipulated Discovery Plan and Scheduling Order and request special scheduling review by the Court, because deadlines longer than those set forth in Local Rule 26-1(e) are proposed herein.

Plaintiff filed his complaint on June 11, 2013. ECF Doc. 1. State Defendants filed a Motion to Dismiss or in the Alternative a Motion for More Definite Statement on July 12, 2013. ECF Doc. 10. Plaintiff filed an Amended Complaint on July 26, 2013. ECF Doc. 13. Plaintiff opposed the State Defendants' Motion to Dismiss or in the Alternative a Motion for More Definite Statement on July 29, 2013. ECF Doc. 15. Defendant White filed a joinder in the Motion to Dismiss on

2

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**
*Brown, et al. vs. Rawson-Neal Psychiatric Hospital, et al.*; United States District Court, District of Nevada, Case No. 2:13-cv-01039-JCM-PAL

August 1, 2013. ECF Doc. 17. State Defendants filed a Reply to Plaintiff's Opposition on August 7, 2013, and take the position that the amended complaint does not cure the deficiencies that they allege. ECF Doc. 18. Plaintiff filed a response to Defendant White's Joinder on August 9, 2013. ECF Doc. 19.

The Court has not yet ruled on the pending motion.

Defendants Jonathan Blum and Centers of Medicare and Medicaid Services ("CMMS") are not a party to this stipulation because they were served via mail on July 31, 2013. Government entities have 60 days to respond, making their response due on September 30, 2013.

**I.     FEDERAL RULE OF CIVIL PROCEDURE 26(f)(3)**

**a)     What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made.**

The timing of disclosures under Rule 26(a) appears below. The parties will exchange initial disclosures on **September 23, 2013**.

**b)     The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

Because this matter is filed as a class action lawsuit, in addition to discovery relating directly to Plaintiff Brown, class-based discovery must be conducted, including discovery related to the ascertainability, typicality, and common questions of law or fact related to the class under Rule 23. This action has the potential to encompass a class of thousands of previous patients of Rawson-Neal Psychiatric Hospital. For that reason, it is likely that extensive discovery will be necessary, necessitating extended discovery deadlines. Plaintiff proposes a discovery cut-off date of **June 30, 2014**.

**c)     Any issues about disclosure or discovery of electronically stored information, including the form or forms in which it should be produced.**

None at this time.

3

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**
*Brown, et al. vs. Rawson-Neal Psychiatric Hospital, et al.*; United States District Court, District of Nevada, Case No. 2:13-cv-01039-JCM-PAL

     **d)**     **Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—whether to ask the court to include their agreement in an order.**

Plaintiff acknowledges the potential private and sensitive nature of medical records to be requested and disclosed by Defendants. Plaintiff is willing to stipulate to the issuance of a protective order prior to disclosure of information relating to putative class members including their discharge documents and their medical records.

     **e)**     **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

Rule 30(a)(2)(A)(i) permits 10 depositions by each side. While the parties recognize that more than 10 depositions may be required, they are unable, at this time to indicate how many depositions may be necessary and request leave to submit a stipulated request for an expanded number of depositions when they are better able to establish that number.

     **f)**     **Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).**

The State Defendants and Defendant Linda J. White, M.D. take the position that they have not received proper notice in the complaint, so they want a ruling on the sufficiency of the complaint before proceeding with extensive discovery.

Plaintiff takes the position that discovery should be allowed to proceed while the dispositive motion is pending.

**II.**     **DISTRICT OF NEVADA, LOCAL RULE 26-1(e)**

     **1)**     **Discovery Cut-Off Date.**

State Defendants appeared on July 12, 2013 by filing a Motion to Dismiss. ECF Doc. 10. Defendant Linda J. White, in her official capacity, appeared on August 1, 2013 by filing a Joinder with supplemental briefing to the State Defendants' Motion to Dismiss. ECF Doc. 17. Plaintiff proposes a discovery cut-off date of **June 30, 2014**. Assuming this discovery cut-off date is ordered by the Court, it would permit **377 days** of discovery, measured from the first date State Defendants appeared (July 12, 2013) to the proposed discovery cut-off date (June 30, 2013).

4

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**
*Brown, et al. vs. Rawson-Neal Psychiatric Hospital, et al.*; United States District Court, District of Nevada, Case No. 2:13-cv-01039-JCM-PAL

**2)     Amending the Pleadings and Adding Parties.**

Plaintiff anticipates further amendment of the operative complaint to include an EMTALA claim and that additional amendments may be necessary following discovery productions. The liability of additional unnamed individuals may be revealed through such discovery. Assuming the cut-off date for filing amended pleadings is 90 days prior to the close of discovery, and discovery closes on June 30, 2014, the amendment of pleadings cut-off date would be **April 1, 2014**.

**3)     Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).**

Assuming the cut-off date for filing expert disclosures is 60 days prior to the close of discovery, and discovery closes on June 30, 2014, the expert disclosure cut-off date would be **May 1, 2014**. Assuming the cut-off date for filing rebuttal expert disclosures is 30 days prior to the close of discovery, and discovery closes on June 30, 2014, the rebuttal expert disclosure cut-off date would be **May 30, 2014**.  A separate deadline of **July 30, 2014**, is proposed for the completion of depositions of experts.

**4)     Dispositive Motions.**

Assuming the cut-off date to for filing of dispositive motions is 30 days after the close of discovery, and discovery closes on June 30, 2014, the dispositive motion cut-off date would be **July 30, 2014**.

**5)     Pretrial Order.**

Assuming the Joint Pretrial Order shall be filed not later than 30 days after the date set for filing dispositive motions (July 30, 2014), the Joint Pretrial Order would be due **August 29, 2014**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision of the dispositive motions or further order of the Court.

**6)     Fed. R. Civ. P. 26(a)(3) Disclosures.**

The parties will exchange initial disclosures on **September 23, 2013**.

DATED: September 3, 2013                                    Respectfully Submitted,

                                                                              /s/ "Mark E. Merin"
                                                                    By:_____
                                                                              Mark E. Merin (CA Bar No. 043849)
                                                                              **LAW OFFICE OF MARK E. MERIN**

5

```
                                        1010 F Street, Suite 300
                                        Sacramento, California 95814
                                        Telephone:    (916) 443-6911
                                        Facsimile:    (916) 447-8336

                                        Allen Lichtenstein (NV Bar No. 3992)
                                        Staci J. Pratt (NV Bar No. 12630)
                                        ACLU of Nevada
                                        601 S. Rancho Drive, Suite B-11
                                        Las Vegas, NV 89106
                                        Telephone:    (702) 366-1536
                                        Facsimile:    (702) 366-1331

                                        Attorneys for Plaintiffs
```

DATED: September 3, 2013                    Respectfully Submitted,

                                            /s/ "Linda C. Anderson"
                                        By:_____
                                            CATHERINE CORTEZ MASTO
                                            Attorney General
                                            LINDA C. ANDERSON
                                            Chief Deputy Attorney General
                                            Nevada Bar No. 4090
                                            Office of the Attorney General
                                            555 E. Washington Ave., Ste. 3900
                                            Las Vegas, Nevada 89101
                                            P: (702) 486-3077
                                            F: (702) 486-3871
                                            Email: landerson@ag.nv.gov

                                            Attorneys for State Defendants

DATED: September 3, 2013                    Respectfully Submitted,

                                            /s/ "Kevin R. Lazar"
                                        By:_____
                                            ROBERT L. McKENNA III, ESQ.
                                            (Nevada Bar No. 8853)
                                            KEVIN R. LAZAR, ESQ.
                                            (Nevada Bar No. 9610)
                                            CARROLL,KELLY,TROTTER,
                                            FRANZEN & McKENNA
                                            701 N. Green Valley Parkway, Ste 200
                                            Henderson, Nevada 89074
                                            E-mail: rlmckenna@cktfmlaw.com
                                            E-mail: krlazar@cktfmlaw.com
                                            Telephone No. (702) 792-5855
                                            Facsimile No. (702) 796-5855

                                            Attorneys for Defendant
                                            LINDA J. WHITE, M.D.

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

*Brown, et al. vs. Rawson-Neal Psychiatric Hospital, et al.*; United States District Court, District of Nevada, Case No. 2:13-cv-01039-JCM-PAL

1  IT IS SO ORDERED.
2  DATED:

                                                                        _____
                                                                             PEGGY A. LEEN
                                                         UNITED STATES MAGISTRATE JUDGE