UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMERS FLAVY COY BROWN,

Plaintiff(s),

v.

SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES,

Defendant(s).

2:13-CV-1039 JCM (PAL)

**ORDER**

On February 27, 2014, the court ordered that the parties appear for a status check hearing on March 12, 2014, to discuss how plaintiff intends to proceed with this case. On March 5, 2014, plaintiff filed a motion requesting that the court reconsider its order dismissing plaintiff's federal constitutional and statutory claims. (Doc. # 56). Plaintiff's filing of this motion obviates the need for a status check hearing. Therefore, the court will vacate the status check hearing, and will set a hearing regarding plaintiff's motion to reconsider after briefing on the motion is complete.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the court's order setting a status check hearing (doc. # 55) be, and at the same time hereby is, VACATED.

DATED March 11, 2014.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**