**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JAMES FLAVY COY BROWN,

    Plaintiff(s),

v.

SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES,

    Defendant(s).

2:13-CV-1039 JCM (PAL)

## ORDER

Presently before the court is the case of *Brown v. Rawson-Neal Psychiatric Hospital et al.* (2:13-cv-01039-JCM-PAL). On June 20, 2014, the court issued an order denying plaintiff's motion for reconsideration and granting leave for plaintiff to file a motion to amend his complaint on or before July 7, 2014. To date, plaintiff has neither attempted to file an amended complaint nor requested additional time to do so.

In consideration of the court's strong preference for adjudicating claims on their merits rather than procedural technicalities, the court will grant plaintiff an additional seven (7) days to amend his complaint in this matter. The court admonishes plaintiff that failure to file an amended complaint within this time may result in dismissal of his constitutional and federal statutory claims with prejudice.

Plaintiff's claims arising under Nevada state law remain extant to be adjudicated by an appropriate forum.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff shall have seven (7) days from the entry of this order to file an amended complaint in this matter. Failure to file an amended complaint within this time may result in the dismissal of plaintiff's constitutional and federal statutory claims with prejudice.

DATED July 8, 2014.

_____
**UNITED STATES DISTRICT JUDGE**